# ATTACHMENT 1

# COMPLAINT FORM
(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF __Wisconsin__

(Full name of plaintiff(s))

__Kenya Lakeysha Hall__

vs

(Full name of defendant(s))

__Shawano County / S.__
__Shawano Sheriffs Department__
__Shawano County Jail / WellPath__
__Shawano County Courts__

Case Number:

__26-cv-94-wmc__
(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   __W3568 State Highway 156 Pulaski, WI 54162__
   (Address)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant <u>Shawano County Jail, Shawano County Courts Shawano County; Shawano Sheriff's Department</u>
(Name)

is (if a person or private corporation) a citizen of <u>Wisconsin</u>
(State, if known)

and (if a person) resides at <u>Shawano County</u>
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Shawano County</u>
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

**SEE Attached Letters And Complaints**

Attachment One (Complaint) – 2

&lt;Shawano Sheriffs Department&gt; Deputy Chase Mason
Deputy VanRite; unmarked Deputy &lt;name Unknown&gt;
Deputy with Deputy VanRite &lt;at booking, who took down statement
&lt;name Unknown&gt; //&lt;Complaint 2&gt; The Sheriff &lt;George Lenzner&gt;; Deputy
&lt;Complaint 1          Captains Nicholes Prey&gt; Uelme
Violations&gt;          3rd man; &lt;name Unknown&gt;
                     (with Captain and Sheriff)

Perjury / falsifying Legal Documents
Discrimination / Racial Profiling
Conspiracy
Life Endangerment
Criminal damage to Property
NO Miranda Rights Read
Witness tampering
Negligence
Police Misconduct
bodily harm
Failure to Investigate properly
Physical, Psychological, Abuse

Disability / Hate crime

Negligence

Conspiracy

Failure to Administer

Life Endangerment

physical and psychological ABUSE

Medical Malpractice

deliberate indifference

Deputy Chase Mason, Deputy Van Rite, and Third Deputy <name unknown> and not mentioned in Police Report) arrived on scene at W3568 State Highway 156 met by The Plaintiffs (live-In) Partner who was riled up to the point that the Deputies tried to calm him down. Then Deputy Mason went down stairs to question the Plaintiff. During questioning, Mason kept going upstairs and then coming back down stairs by the Plaintiff to continue his questioning. Deputy Mason also showed Discriminatory aggresive body language and made obscene verbal gestures that made the Plaintiff uncomfortable. The Plaintiff informed the Deputy (Mason) about the verbal Threats made by the other party (live-In Partner) which almost turned Physical. Deputy Mason justified the other party's abuse. Mason then demostrates different scenarios, balling up his fists and asking questions such as "Where was his fists?" "How was it angled?" "Was it like this?", "or like this?" "You see, there is a difference." Next Deputy Mason Failed to collect evidence justifiable to The Plaintiff. The Plaintiff presented two videos witnessed by Deputy Mason

- Shawano Sheriffs Department 1 -   <Deputyies>
            (1 of 4)

C.   JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.   RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

SEE Attached Letters and Complaints

E.  **JURY DEMAND**

☒ Jury Demand – I want a jury to hear my case
OR
☐ Court Trial – I want a judge to hear my case

Dated this __FeB__ day of __06__ 20__26__.

Respectfully Submitted,

__Kenya Lakeysha Hall__
Signature of Plaintiff

__920-534-1283__
Plaintiff's Telephone Number

__hkarmen598@gmail.com__
Plaintiff's Email Address

__W3568 STATE Highway 156 Pulaski, WI 54162__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☐ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☒ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5